JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-10577 JGB (AGRx)** | Date | January 28, 2026 |
|---|---|---|---|
| Title | *Egor Gabov v. City of Los Angeles, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On November 3, 2025, pro se Plaintiff Egor Gabov ("Plaintiff") filed a complaint against the City of Los Angeles, Los Angeles Police Department, Officer First Name Unknown Alvarez, and Does 1-10. ("Complaint," Dkt. No. 1.) On November 24, 2025, Plaintiff filed a motion for leave to proceed in forma pauperis. ("IFP Request," Dkt. No. 4.) On December 11, 2025, the Court found that Plaintiff had failed to provide sufficient information for the Court to determine whether Plaintiff was able to pay the filing fee and postponed ruling for 30 days to allow Plaintiff to provide more information. ("IFP Order," Dkt. No. 5.) The IFP Order warned Plaintiff that failure to provide such information may result in dismissal of the Complaint. (Id.)

As of the date of this Order, Plaintiff has not provide any additional information regarding his finances. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is directed to close the case.

**IT IS SO ORDERED.**